UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-00928-JGH

REGINALD EDMONDS                                                                                        PLAINTIFF

v.

CAROLYN COLVIN,
Acting Commissioner of Social Security                                                         DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Reginald Edmonds, filed a complaint pursuant to 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security that denied his application for disability insurance benefits. Plaintiff's claim was denied by the Commissioner on initial consideration and on reconsideration. Later, Plaintiff's claim was denied by an Administrative Law Judge. Subsequently, Plaintiff appealed to this Court.

Here, the matter was referred to the Magistrate Judge who prepared Findings of Fact, Conclusions of Law and a Recommendation that the decision of the Administrative Law Judge denying benefits be upheld. Plaintiff has not filed any objections to the Magistrate Judge's report. The Court has reviewed the Magistrate Judge's report and agrees with it and its recommendation.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED in full; the decision of the Administrative Law Judge denying disability benefits is AFFIRMED; and, this case is DISMISSED WITH PREJUDICE.

This is a final order.

cc: Counsel of Record
     Magistrate Judge Dave Whalin